**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WILLIAM LYONS,<br><br>                    Plaintiff,<br><br>     v.<br><br>PERRY RUSSELL, *et al.*,<br><br>                    Defendants. | Case No. 3:23-cv-00335-MMD-CSD<br><br>**ORDER RE: SERVICE OF PROCESS** |

The Office of the Attorney General did not accept service of process on behalf of Defendant **Julia Cross**, who is no longer an employee of the Nevada Department of Corrections. (ECF No. 23.) However, the Attorney General has filed the last known address of this Defendant under seal. (ECF No. 24.)

The Clerk shall ISSUE a summons for **Julia Cross** and send the same to the U.S. Marshal with the address provided under seal. (ECF No. 24.) The Clerk shall also SEND sufficient copies of the First Amended Complaint (ECF No. 7), and this order to the U.S. Marshal for service on Defendant Cross. The court will separately provide to the U.S. Marshal a completed USM 285 form for the Defendant.

Plaintiff is reminded that **July 30, 2024**, is the deadline to complete service of process pursuant to Fed. R. Civ. P. 4(m).

**IT IS SO ORDERED.**

DATED: May 22, 2024.

                                                                  _____
                                                                  UNITED STATES MAGISTRATE JUDGE