# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM LYONS,<br><br>       Plaintiff,<br><br> v.<br><br>PERRY RUSSELL, et al.,<br><br>       Defendants. | 3:23-cv-00335-MMD-CSD<br><br>**ORDER**<br><br>Re: ECF No. 31 |

Before the court is Plaintiff's Motion for Enlargement of Time. (ECF No. 31.) Plaintiff requests an extension to and including June 19, 2024, in which to file his reply memorandum to the Motion for Certification of Class Action (ECF No. 20) and Motion for Appointment of Counsel for Class Action (ECF No. 21).

Good cause appearing, Plaintiff's Motion for Enlargement of Time (ECF No. 31) is **GRANTED**. Plaintiff shall have to and including **June 19, 2024**, in which to file his reply memorandum to the Motion for Certification of Class Action (ECF No. 20) and Motion for Appointment of Counsel for Class Action (ECF No. 21).

**IT IS SO ORDERED.**

DATED: May 30, 2024.



_____
UNITED STATES MAGISTRATE JUDGE